UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CANDACE SITTNER, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-05043-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO STAY ACTION** |
| COUNTRY CLUB, INC. d/b/a THE MASTERS CLUB; and MIKE KAP, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before the court on the joint motion of Plaintiff, Candace Sittner ("Sittner"), on behalf of herself and all of the filed Opt-Ins to date (all jointly "Plaintiffs") and Defendants Country Club, Inc. d/b/a The Masters Club ("Masters") and Mike Kap, individually, ("Kap") (Masters and Kap collectively "Defendants") (Plaintiffs and Defendants jointly "Parties"), the Parties hereby move, pursuant to FRCP 16, for an Order to extend the stay in this case through August 31, 2017, to allow the Parties additional time to arbitrate this action. The Parties request the Stay be extended through August 31, 2017. The Parties will file a status report by September 7, 2017. No further stays will be granted.

**IT IS SO ORDERED.**

Florence, South Carolina                                  s/ R. Bryan Harwell
January 27, 2017                                              R. Bryan Harwell
                                                                         United States District Judge

1