UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CANDACE SITTNER, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-05043-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| COUNTRY CLUB, INC. d/b/a THE MASTERS CLUB; and MIKE KAP, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

       **PLEASE TAKE NOTICE** that Plaintiffs, Candace Sittner, on behalf of herself and all others similarly situated, pursuant to FRCP 41, hereby dismisses, with prejudice, all claims that were asserted in this lawsuit or that could have been asserted in this lawsuit against Defendants Country Club, Inc. d/b/a The Masters Club and Mike Kap, individually.

_____ s/ Trenton H. Chambers _____
Trenton H. Chambers, Esq.
Trenton H. Chambers, P.A.
1600 North Oak Street, Suite D
Myrtle Beach, SC  29577
T: 843-692-7953
trent@myrtlebeachcriminaldefenselawyer.com

    – and –

Dean R. Fuchs, Esq. *Pro Hac Vice*
Stephen W. Brown, Esq. *Pro Hac Vice*
Schulten Ward & Turner, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, GA  30303
T: 404-688-8277
drf@swtlaw.com
swb@swtlaw.com

**ATTORNEYS FOR DEFENDANTS**

Date: _ January 22, 2018 _____

_____
Bruce E. Miller (Fed Bar No. 3393)
BRUCE E. MILLER, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC  29412
T: 843.579.7373
F: 843.614.6417
bmiller@brucemillerlaw.com

**ATTORNEY FOR PLAINTIFFS**

Date: _____ January 22, 2018 _____